Kelly K. LoCascio, Esq., SBN #022793
Lisa J. Counters, Esq., SBN #016436
8014 E. McClain, Suite 220
Scottsdale, Arizona 85260
Telephone: (877) 264-3570
Facsimile: (888)883-9506
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ANGEL JET SERVICES, L.L.C., a limited liability company, individually, as assignee and authorized representative of Constance Haaland,<br><br>Plaintiff,<br><br>v.<br><br>The Health and Welfare Benefit Plan Kinetic Concepts, Inc., an ERISA plan, and United Healthcare Insurance Company, a foreign insurer,<br><br>Defendants. | Case No.: 2:10-CV-0148-PHX-MHM<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Angel Jet Services, L.L.C. voluntarily dismisses this action. No answer or other responsive pleading has been filed by Defendants The Health and Welfare Benefit Plan Kinetic Concepts, Inc., an ERISA plan, and United Healthcare Insurance Company, a foreign insurer.

Dated this 17th day of May, 2010.

By   /s Lisa J. Counters
     Kelly LoCascio, Esq.
     Lisa J. Counters, Esq.
     Attorneys for Plaintiff

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of May 2010, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and forwarded a copy of the same to the following via U.S. mail:

>Paula Denney
>Jackson Walker, LLP
>1401 McKinney, Suite 1900
>Houston, Texas 77010

/s/ Callie Dahlgren